UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HARDER, | No. CV 17-1426 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on December 6, 2017, and the Court's February 26, 2018 minute order granting the Motion for Attorneys' Fees filed by plaintiff Julie Harder ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have Judgment in her favor and against defendant Bristol-Myers Squibb Company Long Term Disability Plan ("Defendant") on her claim for partial long term disability benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant reinstate Plaintiff's disability benefits effective May 2, 2014.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant pay to Plaintiff retroactive disability benefits from May 2, 2014 through to the date of this Judgment

plus prejudgment and postjudgment interest on this amount at the interest rate established by 28 U.S.C. § 1961.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant pay to Plaintiff disability benefits and for so long as Plaintiff remains disabled under the terms of the applicable plan.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded attorneys' fees of $112,910.00 and costs of $1,145.76.

IT IS SO ORDERED.

DATED: February 26, 2018

                                                   Percy Anderson
                                       UNITED STATES DISTRICT JUDGE